IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| James Francis Trombley, Jr. | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * 2:07-CV-547-MEF |
| | * |
| City of Eufaula | * |
| | * |
| Defendant. | * |

RECEIVED 2007 JUN 19 P 4 08

## MOTION FOR JURY TRIAL

COMES NOW Defendant, by and through counsel, and pursuant to Rule 38 of the Federal Rules of Civil Procedure and seek a jury trial for this case. Defendants have recently filed their Notice of Removal and seek that this Court accept jurisdiction over this matter and conduct a jury trial in the adjudication of this matter.

```
                              _____
                              ALEX L. HOLTSFORD, JR. (HOL048)
                              RICK A. HOWARD (RAH045)
                              APRIL W. MCKAY (WIL304)
                              Attorneys for Defendant
```

OF COUNSEL:

NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon:

James F. Trombley
310 Cherry Street
Eufaula, Alabama 36027

by placing same in the United States Mail, postage prepaid, on this the 19th day of June, 2007.

_____
OF COUNSEL