IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| James Francis Trombley, Jr. | * |
| Plaintiff, | * |
| vs. | * |
| City of Eufaula | * |
| Defendant. | * |

RECEIVED
2007 JUN 19 P 4 07

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:07-CV-547-MEF

## ANSWER

COMES NOW the Defendant, City of Eufaula, Alabama, by and through counsel, and states the following as its answer to Plaintiff's complaint.

1. The City of Eufaula admits James Trombley, Jr. is a citizen withe the State of Alabama and the City of Eufaula is located in Barbour County, Alabama. This Defendant denies the remainder of Plaintiff's complaint and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

1. This Defendant affirmatively pleads that Plaintiff's claim of discrimination based on disability fails as a matter of law.

2. This Defendant affirmatively pleads that it had legitimate non-discriminatory reasons for its employment actions.

3. This Defendant affirmatively pleads that Plaintiff posed a serious risk of harm to employees and officials of the City of Eufaula if allowed to continue his employment with the City of Eufaula, Alabama.

4. This Defendant affirmatively pleads the general issue.

5. This Defendant affirmatively pleads its actions were not the proximate cause of Plaintiff's alleged damages.

6. This Defendant affirmatively pleads its actions were legitimate and justified.

7. This Defendant affirmatively pleads contributory negligence.

8. This Defendant affirmatively pleads that a municipality cannot form the requisite to mental state to be liable for intentional torts.

9. This Defendant affirmatively pleads qualified immunity.

10. This Defendant affirmatively pleads discretionary function immunity.

11. This Defendant affirmatively pleads substantive immunity.

12. This Defendant affirmatively pleads it is immune from Plaintiff's allegations.

13. This Defendant affirmatively pleads it did not violate the Alabama's open meeting law and if a violation occurred, it was cured in a subsequent meeting.

14. This Defendant affirmatively pleads Plaintiff did not suffer a due process violation because the State of Alabama has not refused to apply a remedial procedure for Plaintiff.

15. This Defendant affirmatively pleads it did not violate state or federal law.

16. This Defendant affirmatively pleads that it did not have a contract with Plaintiff.

17. This Defendant affirmatively pleads that a policy or custom of the City of Eufaula was not the proximate cause of Plaintiff's alleged constitutional deprivation.

_____
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (RAH045)
APRIL W. MCKAY (WIL304)
Attorneys for Defendant

OF COUNSEL:

NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

James F. Trombley
310 Cherry Street
Eufaula, Alabama 36027

by placing same in the United States Mail, postage prepaid, on this the 19th day of June, 2007.

_____
OF COUNSEL