IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES FRANCIS TROMBLEY, JR., | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:07-cv-547-MEF |
| | ) | (LEAD CASE) |
| CITY OF EUFAULA, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | | |
| JAMES FRANCIS TROMBLEY, JR., | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:07-cv-575-MEF |
| | ) | (MEMBER CASE) |
| CITY OF EUFAULA, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## **ORDER**

This cause is before the Court on the motions to consolidate the above-listed cases. *See* Doc. # 6 in *Trombley v. City of Eufaula,* 2:07-cv-547-MEF and Doc. # 4 in *Trombley v. City of Eufaula,* 2:07-cv-575-MEF.  It is undisputed that these cases involve common questions of law and fact.  Consequently, the Court is of the opinion that the motions to consolidate are due to be granted because consolidation of these cases pursuant to Federal Rule of Civil Procedure 42 is appropriate.  Accordingly, it is hereby ORDERED as follows:

1. The motions to consolidate, Doc. # 6 in *Trombley v. City of Eufaula,* 2:07-cv-547-MEF and Doc. # 4 in *Trombley v. City of Eufaula,* 2:07-cv-575-MEF, are GRANTED.  The

alternative relief sought by the motions is DENIED.

2. The above-referenced cases are consolidated for all purposes including trial pursuant to Federal Rule of Civil Procedure 42. *Trombley v. City of Eufaula,* 2:07-cv-547-MEF is hereby designated as the lead case.

3. The Clerk of the Court is hereby DIRECTED to docket and place a copy of this Order in both *Trombley v. City of Eufaula,* 2:07-cv-547-MEF and *Trombley v. City of Eufaula,* 2:07-cv-575-MEF.

4. All future filings shall bear the consolidated caption on this Order, but shall only be filed in the lead case, *Trombley v. City of Eufaula,* 2:07-cv-547-MEF.

DONE this the 9th day of July, 2007.

                                        /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE