IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES FRANCIS TROMBLEY, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF EUFAULA, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:07cv547-MEF<br>(LEAD CASE) |
| JAMES FRANCIS TROMBLEY, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF EUFAULA, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:07cv575-MEF<br>(MEMBER CASE) |

## **ORDER**

It is hereby ORDERED that the above-referenced case be set for a scheduling conference on July 31, 2007 at 9:00 a.m. in Courtroom 5-B, before United States Magistrate Judge Susan Russ Walker, United States Courthouse, One Church Street, Montgomery, Alabama.

DONE, this 11th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE