UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

James Francis Trombley, Jr.           )
                                      )
           Plaintiff                  )
                                      )    Civil Action No: [2:07CV57-MHT]
vs.                                   )
                                      )    2:07cv547-MHT
City of Eufaula, Alabama              )
                                      )
           Defendant                  )

### ADDRESS CHANGE

Plaintiff wishes to change his mailing address of record to the following:

Plaintiff's Name:         James Francis Trombley, Jr.

Plaintiff's Old Address:  C/O Tim Smith
                          2345 Stirrup Lane
                          Florissant, MO 63033

Plaintiff's Old Phone:    (314)-839-3545 Home or (334)-695-0254 Cell

Plaintiff's New Address:  224 North Hwy 67 #107
                          Florissant, MO 63031

Plaintiff's New Phone:    (636)-405-2790 Home or (334)-695-0254 Cell

### VI. AFFIRMATION OF PLAINTIFF

I, James F. Trombley, Jr., the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained. I believe them to be, to the best of my personal knowledge, true and correct.

Further, I do understand that this document will become an official part of the United States District Court files and that ANY FALSE STATEMENTS knowingly made by me are illegal and may subject me to criminal penalties.

_____
(Signature of Plaintiff)

7/9/7
(Date)