IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| James Francis Trombley, Jr. | * | |
| Plaintiff, | * | |
| vs. | * | 2:07-cv-00547-MEF |
| City of Eufaula | * | Lead Case |
| Defendant. | * | |

| | | |
|---|---|---|
| James Francis Trombley, Jr. | * | |
| Plaintiff, | * | |
| vs. | * | 2:07-cv-00575-MHT |
| City of Eufaula | * | Member Case |
| Defendant. | * | |

**NOTICE OF DEPOSITION**

Please take notice that the Attorney for Defendant City of Eufaula, will take the deposition of **Plaintiff James Francis Trombley, Jr.,** by telephone for the purpose of discovery or for use as evidence in this action, or for both purposes, in accordance with the provisions of the *Alabama Rules of Civil Procedure*.

Such testimony by deposition will be taken on **Wednesday,** the **5th** day of **September, 2007,**

beginning at **3:30 a.m.**, at the law office of **Nix Holtsford Gilliland Higgins & Hitson, P.C., 4001 Carmichael Road, Montgomery, Alabama 36106** before a Notary Public and court reporter, or other authorized and qualified person.

_____
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (RAH045)
APRIL W. MCKAY (WIL304)
Attorneys for Defendant

OF COUNSEL:

NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

James F. Trombley
224 North Hwy 67 #107
Florissant, MO 36031-5108

by placing same in the United States Mail, postage prepaid, on this the 17th day of August, 2007.

_____
OF COUNSEL