IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 AUG 16  A 9: 20

.RA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| James Francis Trombley, Jr. ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action Case No.: 2:07-cv-547-MEF |
| vs. ) | (LEAD CASE) |
| ) | |
| City of Eufaula, ) | |
| ) | |
| Defendant ) | |
| | |
| James Francis Trombley, Jr. ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action Case No.: 2:07-cv-575-MEF |
| vs. ) | (MEMBER CASE) |
| ) | |
| City of Eufaula, ) | |
| ) | |
| Defendant ) | |

## MOTION FOR TELEPHONE DEPOSITIONS AND CONFERENCES

Plaintiff requested that depositions be conducted via telephone. Background is That Plaintiff requested telephone depositions during the scheduling conference and was directed by the court to place the request into a motion. Here is that motion.

### I. TELEPHONE DEPOSITIONS

Plaintiff request that depositions be conducted via telephone. Plaintiff has found work and acting in good faith asks that depositions be conducted over telephone to minimize the expense of travel cost and lost wages as well as stress.

## II. CONFERENCES

Plaintiff request that parties come to Plaintiff for conferences and face-to-face meetings or meet the Plaintiff half way at a location such as Nashville, TN. Plaintiff acted in good faith and tried to negotiate settlement with Defendant via attorney Sonny Harrison of Eufaula, AL prior to moving to Florissant, MO. Plaintiff is working and trying to recover from injuries caused to him by defendant. Traveling is very stressful and costly to Plaintiff.

## IV. AFFIRMATION OF PLAINTIFF

I, James F. Trombley, Jr., the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint. I believe them to be, to the best of my personal knowledge, true and correct.

Further, I do understand that this complaint and this affidavit will become an official part of the United States District Court files and that ANY FALSE STATEMENTS knowingly made by me are illegal and may subject me to criminal penalties.

_____
(Signature of Plaintiff)

8/13/2007
_____
(Date)

## CERTIFICATE OF SERVICE

I hereby certify that on this 14 th day of August, 2007, a copy of this Motion for Telephoning Depositions & Conferences, was mailed, postage

prepaid, to <u>counsel for defendant, Rick Howard P.O. Box 4128 Montgomery AL 36103</u>.

James F. Trombley, Jr.