IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES FRANCIS TROMBLEY, JR.,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>CITY OF EUFAULA,   )<br>)<br>Defendant.   ) | CIVIL ACTION NO. 2:07cv547-MEF<br>(LEAD CASE) |
| JAMES FRANCIS TROMBLEY, JR.,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>CITY OF EUFAULA,   )<br>)<br>Defendant.   ) | CIVIL ACTION NO. 2:07cv575-MEF<br>(MEMBER CASE) |

## **ORDER**

Upon consideration of plaintiff's motion for telephone depositions and for the parties to travel to or nearer to plaintiff for conferences (Doc. # 14), it is

ORDERED that defendant may respond to the motion on or before August 29, 2007.

DONE, this 20th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE