IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 AUG 20 A 9: 25

... HACKETT, CL...
.S. DISTRICT COURT
...DLE DISTRICT ALA

| | | |
|---|---|---|
| James Francis Trombley, Jr. | ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | Civil Action Case No.: 2:07-cv-547-MEF (LEAD CASE) |
| City of Eufaula, | ) ) ) | |
| Defendant | ) ) | |

| | | |
|---|---|---|
| James Francis Trombley, Jr. | ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) ) | Civil Action Case No.: 2:07-cv-575-MEF (MEMBER CASE) |
| City of Eufaula, | ) ) ) | |
| Defendant | ) | |

## PLAINTIFFS FIRST INTERROGATORIES; REQUEST FOR PRODUCTION, AND REQUEST FOR ADMISSIONS TO DEFENDANT

1. Please provide a copy of Plaintiffs employment record and all notes, letters, emails, correspondence, records, pictures and any other material or documents in possession of the Defendant our Counsel for the Defendant that pertain the Plaintiff.

2. Please provide copies of the letters sent to and received from Mr. Sonny Harrison, Attorney for the Plaintiff before, during and after the determination hearing and all correspondence related to the termination and request for an appeal on behalf

of Plaintiff.

3. Please provide a copy of a written transcript from the recording made by the defendant of the hearing. Also, please provide a transcript of the audio CD given to counsel after the scheduling conference by the plaintiff.

4. Please provide information of any legal action, civil or criminal, involving the Defendant in the past, present or future for employment practices complaints of any type, whether discriminatory in nature or not. Please state:
   a. Date and place of such action
   b. Name of parties and whether a settlement was reached or award given and how much.
   c. Type of action

5. Please provide copies of any complaint letters and personnel files related to the conduct of other employees working for the Defendant. Namely, Rosie Jordan, Lucy Appling (has married and may have changed her legal name), Teri bush, Gloria Cole and Joy White, but not limited to these individuals and to include all employees employed by the City of Eufaula, past or present or classified or unclassified.

6. Please provide copies of the Personnel Rules and Regulations Manual for the City of Eufaula, as well as copies of all ordinances and amendments adopting these regulations and changes along with all notes, recording, transcripts, opinions and any other document related to the drafting and adopting of the rules.

7. Please provide a copy of the Ordinance adopting the 2003 international Building Code and it's appendices by the City of Eufaula. I believe the adopting was in October or November of 2005.

8. Please admit that the defendant did not consult with a medical doctor or other trained mental health professional about the mental health condition of the plaintiff.

9. Please admit that during the determination hearing that Mr. Bob Powers did state that he wished there was something else that could be done other than termination of the Plaintiff.

10. Please admit that the Defendant did disregard the Personnel Rules and Regulations for the City of Eufaula and did admit to Plaintiff that the Personnel Rules and Regulations did not apply to him.

11. Please admit that a formal complaint letter was never given to a specific person with specific charges and request for disciplinary action against Plaintiff.

12. Please admit that the determination hearing letter did not give specific charges and had a false charge of Insubordination included.

13. Please admit that the Plaintiff was not granted an appeal hearing and that such a hearing was requested.

14. Please admit that the Plaintiff had informed his supervisor of his health problems

including depression and back disabilities.

15. Please admit that Rosie Jordan was granted an appeals hearing even though she did not attend her determination hearing, thereby giving up her rights to a hearing. Please provide a copy of all records related to Rosie Jordan's disciplinary action and termination.

16. Please admit whether Captain Tim Marsh interviewed the Plaintiff at the request of the Personnel Manager or at his own discretion. Please provide any letters, transcripts or other information related to such a request.

17. Please admit that the transcript and report released by the Defendant states that it is an interdepartmental report and that the report should have been considered confidential until the determination process was complete.

18. Please admit that prior to the determination hearing that the Defendant was handing out copies of the interview transcript conducted by the investigator to persons in the meeting room, including the press and general public.

19. Please admit that Mr. Sonny Harrison asked for the determination hearing to be conducted as a closed meeting because the transcript being handed out contained information about Plaintiffs mental health.

20. Please admit that the Defendant did discuss Plaintiffs mental health and memory loss during the determination hearing.

## IV. AFFIRMATION OF PLAINTIFF

I, James F. Trombley, Jr., the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint. I believe them to be, to the best of my personal knowledge, true and correct.

Further, I do understand that this complaint and this affidavit will become an official part of the United States District Court files and that ANY FALSE STATEMENTS knowingly made by me are illegal and may subject me to criminal penalties.

*(Signature of Plaintiff)*

August 15, 2007
(Date)

## CERTIFICATE OF SERVICE

I hereby certify that on this __15th__ day of __August__, 2007, a copy of this PLAINTIFFS FIRST INTERROGATORIES; REQUEST FOR PRODUCTION, AND REQUEST FOR ADMISSIONS TO DEFENDANT, was mailed, postage prepaid, to ___Council for Defendant, Rick Howard, Nix Holtsford Gilliland Higgins & Hitson, PC, P.O. Box 4128, Montgomery, AL 36103-4128

James F. Trombley, Jr.