IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| James Francis Trombley, Jr. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 2:07-cv-00547-MEF |
| | * | Lead Case |
| City of Eufaula | * | |
| | * | |
| Defendant. | * | |

_____

| | | |
|---|---|---|
| James Francis Trombley, Jr. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 2:07-cv-00575-MHT |
| | * | Member Case |
| City of Eufaula | * | |
| | * | |
| Defendant. | * | |

### RESPONSE TO PLAINTIFF'S MOTION FOR TELEPHONE DEPOSITIONS AND CONFERENCE ACCOMMODATIONS

COMES NOW the Defendant, City of Eufaula, and in response to Plaintiff's Motion for Telephone Depositions and Conference Accommodations, states as follows:

1. Defendant has no objection to the arrangements as set forth and requested in Plaintiff's Motion.

2. Defendant has already worked with Plaintiff to schedule a date and time for Plaintiff's deposition, which will be conducted via telephone conference.

Respectfully submitted,

s/ April W. McKay

_____
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (RAH045)
APRIL W. MCKAY (WIL304)
Attorneys for Defendant

OF COUNSEL:

NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

James F. Trombley
224 North Hwy 67 #107
Florissant, MO 36031-5108

by placing same in the United States Mail, postage prepaid, on this the 21st day of August, 2007.

                                                                  s/ April W. McKay
                                                                    OF COUNSEL