IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES FRANCIS TROMBLEY, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF EUFAULA, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:07cv547-MEF<br>(LEAD CASE) |
| JAMES FRANCIS TROMBLEY, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF EUFAULA, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:07cv575-MEF<br>(MEMBER CASE) |

## **ORDER**

Upon consideration of plaintiff's motion for telephone depositions and for the parties to travel to or nearer to plaintiff for conferences (Doc. # 14) and defendant's response (Doc. # 19) indicating that defendant has no objection to the motion, it is

ORDERED that plaintiff's motion is GRANTED.

DONE, this 24th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER

            UNITED   STATES   MAGISTRATE   JUDGE