IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| James Francis Trombley, Jr., | * | |
| Plaintiff, | * | |
| vs. | * | 2:07-cv-00547-MEF |
| | * | Lead Case |
| City of Eufaula, | * | |
| Defendant. | * | |

| | | |
|---|---|---|
| James Francis Trombley, Jr., | * | |
| Plaintiff, | * | |
| vs. | * | 2:07-cv-00575-MHT |
| | * | Member Case |
| City of Eufaula, | * | |
| Defendant. | * | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW, the Defendant, pursuant to this Court's scheduling order, and files the Notice Concerning Settlement Conference and Mediation as follows:

1. On November 10, 2007, Plaintiff and the undersigned met in Memphis, Tennessee, for a face to face settlement conference.

2. The face to face settlement conference was successful.

3. Plaintiff represented to the undersigned that he would execute a stipulation of dismissal so that this case could be dismissed.

4. On November 12, 2007, the undersigned sent a stipulation of dismissal and a release to Plaintiff with instructions to execute the stipulation of dismissal with prejudice and release and send it in the self addressed overnight packet back to the undersigned.

5. The undersigned expects to receive an executed stipulation of dismissal with prejudice and a release within the next three days, at which time, the undersigned will file the stipulation of dismissal with prejudice with the Court.

Respectfully submitted,

/s/ Rick Howard

ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (RAH045)
APRIL W. MCKAY (WIL304)
Attorneys for Defendant

OF COUNSEL:

NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

James F. Trombley, Jr.
224 North Hwy 67 # 107
Florissant, MO 63031-5108

by placing same in the United States Mail, postage prepaid, on this the 12th day of November, 2007.

_____
OF COUNSEL