IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| James Francis Trombley, Jr., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 2:07-cv-00547-MEF |
| | * | Lead Case |
| City of Eufaula, | * | |
| | * | |
| Defendant. | * | |

| | | |
|---|---|---|
| James Francis Trombley, Jr., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 2:07-cv-00575-MHT |
| | * | Member Case |
| City of Eufaula, | * | |
| | * | |
| Defendant. | * | |

### STIPULATION OF DISMISSAL

COMES NOW, the Plaintiff and Defendant and state that this matter is due to be dismissed with prejudice with each party to bear his or her own fees and costs.

_____
Rick A. Howard (HOW045)
Attorney for Defendant

OF COUNSEL:

Nix Holtsford Gilliland
    Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, Alabama 36103

_____
James Francis Trombley, Jr.
Pro se Plaintiff